UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UGX Brands, LLC et al., | |
| Plaintiffs, | 24-CV-5839 (DEH) |
| v. | ORDER |
| The City of Norfolk et al., | |
| Defendants. | |

DALE E. HO, United States District Judge:

Pursuant to the *ex parte* conference held before the Court on May 5, 2025, new counsel for Defendants The City of Norfolk d/b/a Seven Venues, Global Music Touring, LLC, Antonio Dowe, and Terrence Thornton p/k/a Pusha T (collectively, "Defendants") shall enter notice(s) of appearance and/or motion(s) for leave to appear pro hac vice no later than **Thursday, May 8, 2025**.

SO ORDERED.

Dated: May 5, 2025
      New York, New York

_____
DALE E. HO
United States District Judge